Charles A. Doelger and Others, Copartners, etc., Respondents, v. Herman H. Meyer, Appellant.—Judgment and order affirmed, with costs.

No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Rasmus Anderson and Others, Appellants, v. Frank G. Brady, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Rasmus Anderson, Appellant, v. Frank G. Brady, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.